# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **TANGIE Y. CURTIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:11-cv-0258** |
| **v.** | ) | |
| | ) | **Judge Sharp** |
| **VANDERBILT UNIVERSITY** | ) | **Magistrate Judge Griffin** |
| **MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

*Pro se* Plaintiff Tangie Y. Curtis filed this civil action *in forma pauperis* against Defendant Vanderbilt University Medical Center on March 18, 2011, wherein she asserted claims of racial discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, seeking damages and injunctive relief.  *See* (Docket Entry No. 1).

On October 28, 2011, Defendant filed a Motion for Summary Judgment (Docket Entry No. 18).  Plaintiff filed a response in opposition, to which Defendant filed a reply.  (Docket Entry Nos. 27 and 30).

The Magistrate Judge entered an exhaustive Report and Recommendation ("R & R") (Docket Entry No. 31) in this case on September 26, 2012, recommending that the motion for summary judgment "be GRANTED and this action be DISMISSED WITH PREJUDICE." Plaintiff filed a timely objection to the R & R on October 5, 2012.  (Docket Entry No. 33).

Having considered the matter *de novo* in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommended disposition.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 31) is hereby ACCEPTED and APPROVED, and Plaintiff's objections thereto (Docket Entry No. 33) are hereby OVERRULED;

(2) Defendant's Motion for Summary Judgment (Docket Entry No. 18) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE